UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOHN DOE | CIVIL ACTION NO. 23-cv-1698 |
| VERSUS | DISTRICT JUDGE EDWARDS |
| PAYDAY LOAN ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Plaintiff was notified that he must pay the filing fee of $402.00 by January 19, 2024 or his complaint will be stricken and this civil action will be closed. The deadline has passed, and Plaintiff has not paid the filing fee. Mail sent to Plaintiff has also been returned as undeliverable as addressed, which runs afoul of Plaintiff's obligation to promptly apprise the court in writing of any change in address. Local Rule 11.1. Plaintiff's **complaint is stricken** for failure to pay the filing fee. The clerk of court is directed to close this civil action.

Plaintiff filed a **Motion to Seal Case and Proceed Under a Pseudonym (Doc. 3)**, which is **granted in part and denied in part**. The request to proceed as John Doe is denied, and the clerk may list Plaintiff's name, Gilbert Lau, in the case caption so that this case will appear in searches of that name in the court's filing system. The request to seal the entire case is denied, but the court will order the clerk to **seal** the complaint **(Doc. 1)** as well as the motion **(Doc. 3)** because they contain a social security number, account numbers, and personal identifiers that should not have been included in those filings. See

FRCP 5.2. If the case were going forward, the court would require the filing of unsealed, redacted versions of those filings.

    THUS DONE AND SIGNED in Shreveport, Louisiana, this 24th day of January, 2024.

                                              Mark L. Hornsby
                                              U.S. Magistrate Judge